IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEMAL SHELTON, JR.,

    Plaintiff,

v.                                     CASE NO.: 4:10v334-SPM/WCS

MCDONALD'S CORPORATION,

    Defendant.

_____/

**ORDER GRANTING JOINT MOTION FOR**
**ASSIGNMENT OF MAGISTRATE JUDGE TO MEDIATE**

Upon consideration, the parties' joint Motion for Assignment of Magistrate Judge to Mediate (doc. 6) is granted. The parties are to contact the Honorable William C. Sherrill, Jr., United States Magistrate Judge, to arrange for a mediation date convenient to the Magistrate Judge.

SO ORDERED this 18th day of August, 2010.

                            *s/ Stephan P. Mickle*
                            Stephan P. Mickle
                            Chief United States District Judge