IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEMAL SHELTON, JR.,

    Plaintiff,

v.                                                 CASE NO.: 4:10cv334-SPM/WCS

MCDONALD'S CORPORATION,

    Defendant.
_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice pursuant to the parties' Stipulation of Dismissal (doc. 13) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the clerk shall close this case.

SO ORDERED this 15th day of September, 2010.

                                               *s/ Stephan P. Mickle*
                                               Stephan P. Mickle
                                               Chief United States District Judge